UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Civil Case Number: _____ 20-CV-60312-SCOLA/SNOW

__Stephen Michael Cook__
(Write the full name of the plaintiff)

vs.

__City of Fort Lauderdale__

__Fort Lauderdale Police Department__

_____

_____
(Write the full name of the defendant/s in this case)

FILED BY _LL_ D.C.
FEB 13 2020
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

## COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

**I. Party Information**

A. Plaintiff: __Stephen Michael Cook__

Address: __757 S.E. 17th St. #110 Fort Lauderdale, FL 33316__

Inmate/Prison No.: _____

Year of Birth: __1968__ (Do not include day or month, pursuant to Fed. R. Civ. P 5.2)

(Write your name, address and prison/inmate number, if applicable)

vs.

B. Defendant: __City of Fort Lauderdale__  Defendant: __Fort Lauderdale Police Department__

Official Position: _____  Official Position: _____

Place of Employment: _____  Place of Employment: _____

(Write the full name of each defendant, official position and place of employment. Attach a separate page if you need additional space for additional defendants.)

## II. Statement of Claim

Briefly describe the facts of your case. Describe how each defendant is involved, names of other persons involved, and dates and pl aces. Each claim should be stat ed in a separately num bered paragraph. Please use short and plain statements, with separately numbered paragraphs indicating why the relief requested should be granted. Do not iclude legal arguments or cite cases or statutes. Attach additional pages, if necessary.

See attached Sheets!

## III. Relief Requested

Briefly state what you are requesting from the Court (what do you want the Court to do). Do not include legal arguments or cite cases or statutes. Attach additional pages, if necessary.

I'm requesting a trial by jury. A fair judge who doesn't act deliberately ignorant. I need legal representation I'm severely disabled and extremely injured I can't represent myself I'm barely alive. I need a lawyer appointed to my case. I also need a direct meeting with the judge. I'm fighting three criminal organizations that kill people and I'm being stalked by a killer cop (no joke) I can't release personal info to the defendants for safety reasons.

1. On November 12, 2015 the plaintiff Stephen Cook was on a bus involved in a accident with a car. He went to Broward General Hospital's emergency room. The doctors took x-rays and informed Mr. Cook they couldn't see any significant damage. Mr. Cook is already legally disabled for back and neck injuries and receiving SSDI. Mr. Cook was told to return if his pain worsened.

2. On February 18, 2016 I returned to Broward General Hospital in level 10 pain. I had to be moved to a wheelchair. The doctor Edward Smith told me my problems weren't severe enough and I should go. I informed the doctor that they missed something and I was badly injured. I also told him it was illegal to release a homeless man to the street who can't fend for himself. Dr. Smith grimaced as if annoyed and agreed to see me.

3. Hours later they had two nurses take me back and give me pain killers. Then the doctor came in and examined me quickly. He then tried to release me without running tests. I objected and said I wanted tests run. He said thats it and ran to get security and a police officer named Paul A. Kelley and I called 911.

Before we continue we will list the following injuries straight from a back surgeons report who actually did his job and looked at MRI's

4. In my final review Stephen has had a number of deceleration injuries after evaluating the imaging. I told him he has severe spinal cord compression secondary to a congenital stenosis superimposed upon multiple level disc herniations in his neck that would require neck reconstruction. He will need extensive neck reconstruction including either a posterior or anterior or combined procedure to reconstruct the spinal canal. This is a sophisticated surgery that would require him to have help after surgery for three months.

5. So what we know now is the plaintiff Mr. Cook was badly injured and had every right to be in this hospital. We also know the hospital was deliberately indifferent and negligent in not providing proper medical care. The events that follow will show criminal behavior by the hospital, police and Armor Correctional Health Services resulting in Mr. Cook's torture and severe injuries throughout his body. Mr. Cook was forced to plead no contest to a tresspassing charge so he could get to a real hospital He ran up over 12,000 dollars in doctors bills at Aventura Hospital.

6. The police officer Paul A. Kelley and hospital security along with hospital staff came into the room and began telling me I had to leave. I'm on the phone with 911 and you can hear everything on the copy of the 911 call I possess. I tell them I'm homeless and disabled and its against the law to release a disabled person who can't fend for himself.

The officer and hospital security grab my wrists and purposely shake the phone out of my hands. They then try twisting my wrists in opposite directions worsening a wrist injury I already had. They then start pulling me towards my feet you can hear me screaming on the tape. They steal my phone, computer tablet and jacket. I am put in a wheelchair and wheeled out to a police car.

7

I'm put in the back of the police car which has a metal divider across the middle of the back seat. The officer Paul A. Kelley put the seat all the way back so their was no floor for your feet. I'm 6'4 and was put into a 3 feet space. This was done to torture me as I complained about the torture I was laughed at and insulted. This torture almost killed me and damaged every cell in my body over 1,000,000,000 calls. My blood pressure jumped from 157 over 96 when I arrived at the hospital to 210 over 130. Probably higher because they waited a while to take the blood pressure at

8

the jail. I was switched to a different police car after roughly 40 minutes. I said I needed a van after the torture I received Officer Kelley ignored me and put me in a police car with Officer Ras. Upon arriving at the jail I got stuck upside down hanging out of the police car. Officer Ras called for back up which arrived 15 to 30 minutes later. Officer Ras and two BSO (Broward Sheriff Officers) lifted me and put me through the car

properly. They did a good job and I have no problem with them.

9. After a short time in a cell I was brought up to a lady from Armor Health Correctional Services. I explained I was badly injured disabled person who had been tortured and that I was extremely hurt and extremely sick and I needed to get to a emergency room immediately. I had posted multiple high blood pressure readings. Showing I was in a hypertensive crisis. I complained of chest pains and shortness of breath. The American Heart Association says after getting a second high blood pressure reading you should get emergency care. Call 911. I have documents showing my blood pressure readings and the fact I reported the police torture and abuse. The lady ignored me and forced me to stand in a tiny cell with roughly 13 people and no where to sit. I was denied a phone call roughly 5 times. Being forced to stand with my injuries is torture causing extreme pain damage and anxiety.

10. I was put in a van with two other inmates with no seats in the back and driven 45 minutes with two stops to a prison. In my state causing extreme pain and anxiety. I'm taken inside the prison and forced to go through processing. This again is extreme torture for someone in my condition. Causing pain, damage and anxiety. My mugshot picture says it all.

11.

12. I'm put in a refrigerator and left overnight. I was given a blanket but you can't bring the blanket into the common area. Where I had to go to try to figure out where I was and what was going on Again torture.

13. The next morning I was told I would be released that day on a phone from someone claiming to be from the public defenders office. I never saw him but since I was denied all contact with the outside world (denied a call) I had to go with him. The man said their would be no fine and time served if I plead no contest. I had severe injuries and nueropathy in both hands especially from the hand cuffs being purposely to tight causing cuts and bruises. (I have doctors notes about the bruises and pictures of the cuts) I plead no contest and was released late the jail stole my food money. I managed on release to make it to Aventura Hospital where I ran up over $12,000 total in medical bills. I tried to reopen the case but the state courts were corrupt and deliberately ignorant.

14. I commited no crime and suffered tremendously because of my incompetent, lazy failed government. They all tell absurd lies in attempts to cover for themselves but luckily for me they are no better at lying than they are at doing their jobs. I have all the proof to expose the lies.

Although the hospital, police and Armor Correctional Health Services didn't cause my back, neck

and hip injuries they did cause extreme internal damage throughout my body. Damaging every cell. Causing extreme pain and suffering and worsening my depression and anxiety. They also caused new problems like PTSD and extreme Claustrophobia. For the damage that was done and can be expected in the future these are my best estimates as to the damage I suffered and what each group is responsible.

On January 22, 2018 I was in Walgreens when Paul A. Kelley approached me. He intimidated me and later tampered with the witnesses. He lied about his name and wrote a false report about the accident. I've gone to the FBI about the stalking. He's killed before so I had to go into hiding. I'm claiming all cases involving this Officer and internal affairs is tainted. Black lives matter is marching in protests against this Officer he killed one men tortured two others at least and has 30 stop and frisk complaints according to a newspaper article.

I'm extremely scared and fear for my life. The police department is corrupt to the core and I expect them to try to plant something on me or frame me for something. I don't drink, drive, date or do drugs. Their is no reason they should have contact with me.

I'm suing the City of Fort Lauderdale and its police department for deliberate indifference and torture and assault on a disabled man. This

caused the victim extreme damage physically, mentally, and financially. It also caused extensive damage to his reputation. They have a long history of covering up police misconduct. They knew Paul A. Kelley was a bad police officer. Yet they didn't put a camera on the police officer or the police car. They wrote a intentionally false internal affairs report and did nothing about his stalking. He has killed one man, tortured two others and has 30 stop and frisk complaints. The

18. Citizens review board is a absolute joke. This isn't my opinion this is the members of the board. The city has made no effort at all to protect it's citizens from corrupt behavior by its officers. In fact it provides cover for them when they act bad. As a direct result of their gross deliberate indifference I'm asking for the following.

Share of physical damage $1,000,000

19. They damaged every cell in my body. By torture, lies and a cover up.

Share of mental damage you caused $800,000

20. you worsened my depression and anxiety and contributed to new problems like PTSD and severe claustrophobia.

Share of pain and suffering is $1,500,000

21. Pain was so severe and will continue to my death. Many years taken off my life.

22. Share of fake charge and damage to my reputation $1,000,000

23. Share of mugshot (a.k.a. torture picture) 100,000.

Total before punitive damages is $4,400,000 but

24. due to the corruption and level they went to cover up the crimes I'm asking for punitive damages.
25. I'm asking for three times punitive damages totaling $13,200,000 for deliberate sadistic evil acts and the lengths they went to cover them up.

_____

_____

## IV. Jury Demand

Are you demanding a jury trial?    ✓ Yes    ___ No

Signed this __12__ day of __February__, 20__20__

__Stephen Cook_____
Signature of Plaintiff

I declare under penalty of perjury that the foregoing is truce and correct.

Executed on: __2 / 12 / 2020__

__Stephen Michael Cook_____
Signature of Plaintiff